■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NIGEL BELLOT, Appellant.—Judgment, Supreme Court, New York County (Myriam Altman, J.), rendered on November 3, 1983, and judgment of resentence of said court rendered on or about May 22, 1985, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.)* We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Murphy, P. J., Sandler, Carro, Milonas and Wallach, JJ.

■ In the Matter of SACHI ENTERPRISES, INC., Appellant, v NEW YORK STATE LIQUOR AUTHORITY, Respondent.—Judgment, Supreme Court, New York County (William McCooe, J.), entered on January 22, 1986, unanimously affirmed for the reasons stated by William McCooe, J., at Special Term, without costs and without disbursements. Concur—Murphy, P. J., Sandler, Carro, Asch and Milonas, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOE STEWART, Appellant.—Judgment, Supreme Court, Bronx County (Jerome Hornblass, J.), rendered on April 25, 1985, and judgment of said court (Murray Koenig, J.), also rendered on April 25, 1985, unanimously affirmed. The case is remitted to the Supreme Court, Bronx County, for further proceedings pursuant to CPL 460.50 (5). No opinion. Concur—Kupferman, J. P., Ross, Kassal, Rosenberger and Wallach, JJ.

■ ALLAN R. MALAMY, Appellant, v LINDA J. MALAMY, Respondent.—Judgment, Supreme Court, New York County (Walter Schackman, J.), entered on November 15, 1985, unanimously affirmed for the reasons stated by Schackman, J., at Special Term, without costs and without disbursements. Concur—Kupferman, J. P., Ross, Kassal, Rosenberger and Wallach, JJ.